KAREN L. MUIR, APPELLEE, V. ROCKNEY L. MUIR, APPELLANT.

331 N.W.2d 265

Filed March 18, 1983.   No. 81-903.

Cunningham, Blackburn, VonSeggern, Livingston, Francis & Riley, for appellant.

Chesley S. Baker of Lauritsen, Baker & Brownell, for appellee.

BOSLAUGH, CLINTON, and HASTINGS, JJ., and CAMBRIDGE, D.J., and COLWELL, D.J., Retired.

PER CURIAM.

This appeal involves a domestic relations matter.

This court, having reviewed the record in this case de novo, agrees with the result reached by the trial court.   The judgment is affirmed.

AFFIRMED.

CLINTON, J., not participating.